FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 14 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARTHA ALICIA GOMEZ, | No. 07-74101 |
| Petitioner, | Agency No. A096-349-920 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010 [**]

Before:     RYMER, McKEOWN, and PAEZ, Circuit Judges.

Martha Alicia Gomez, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's ("IJ") decision pretermitting her application for cancellation

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of removal.  We have jurisdiction pursuant to 8 U.S.C. § 1252.  We review de novo questions of law, and review for substantial evidence the agency's factual findings. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005).  We deny the petition for review.

The IJ properly refused to accept documentary evidence at Gomez's final hearing.  *See* 8 C.F.R. § 1003.31(c).

The BIA properly concluded that Gomez failed to comply with the requirements set forth in *Matter of Lozada*, 19 I. & N. Dec. 637 (BIA 1988), and the ineffective assistance was not plain on the face of the record.  *See Reyes v. Ashcroft*, 358 F.3d 592, 597-99 (9th Cir. 2004).

Substantial evidence supports the agency's finding that Gomez failed to establish the continuous physical presence required for cancellation of removal because Gomez did not submit sufficient evidence of her presence between July 1993 and August 1993.  *See* 8 U.S.C. § 1229b(b)(1)(A), (d)(1).

**PETITION FOR REVIEW DENIED.**

07-74101